**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 07 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KATRINA PERONA, an individual, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> TIME WARNER CABLE, INC., a corporation; DOES, 1 through 50, inclusive, <br><br> Defendants-Appellants. | No. 16-56897 <br><br> D.C. No. 5:14-cv-02501-MWF-SP <br> Central District of California, Riverside <br><br> ORDER |

Before: SCHROEDER, CLIFTON, and M. SMITH, Circuit Judges.

Appellee Katrina Perona's motion for attorneys' fees on appeal (Docket Entry No. 42) is granted. The determination of an appropriate amount of fees on appeal is referred to the court's special master, Appellate Commissioner Peter L. Shaw, who shall conduct whatever proceedings he deems appropriate, and who shall have authority to enter an order awarding fees. *See* 9th Cir. R. 39-1.9. The order is subject to reconsideration by the panel. *Id*.