FILED
CLERK, U.S. DISTRICT COURT
9/12/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA PERONA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TIME WARNER CABLE, INC., a corporation, and DOES 1 - 50, inclusive,<br><br>Defendants. | CASE NO. 5:14-cv-02501-MWF(SPx)<br><br>**ORDER GRANTING RELEASE OF BOND AND AN ORDER RE: SATISFACTION OF JUDGMENT** |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

On September 10, 2018, Plaintiff, KATRINA PERONA ("Plaintiff"), by and through her attorneys of record herein, Magnanimo & Dean, LLP, and Defendant TIME WARNER CABLE, INC. ("Defendant TWC"), by and through its attorneys of record herein, Hill, Farrer & Burrill, LLP, (collectively the "Parties"), stipulated that Defendant TWC has fully satisfied the entire Judgment entered in favor of Plaintiff, thus eliminating the need for the following bond: Travelers Casualty and Surety Company of America, Bond No. 106638037.  Thus, this bond should be released immediately.

Moreover, Defendant TWC has fully satisfied the entire Judgment entered in favor of Plaintiff, including the September 21, 2016 judgment after trial of $160,000 to Plaintiff, the December 6, 2016 award of $1,025,268.74 in attorney's fees and costs to Plaintiff, and the September 10, 2018 award of attorney's fees on appeal to Plaintiff of $160,000.

**IT IS SO ORDERED.**

DATED:  September 12, 2018

_____
Hon. Michael W. Fitzgerald
United States District Judge